**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| THOMAS HUMPHREY, | : | No. 93 EM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE PROTHONOTARY OF THE PA | : | |
| SUPREME COURT, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for Immediate Hearing are DENIED.